848

Commonwealth *v.* Moore, Appellant.

Submitted March 8, 1971.

*Frederick W. Andrews,* Public Defender, for appellant; *Jerome T. Foerster,* Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Moore, Appellant.

Submitted March 15, 1971. *John O. Cole* and *John W. Packel,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender, for appellant; *James D. Crawford,* Deputy District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Morrow, Appellant.

Submitted March 17, 1971. *John W. Packel,* Assistant Defender, and *Vincent J. Ziccardi,* Defender, for appellant; *Stephen J. Margolin* and *Milton M. Stein,* Assistant District Attorneys, *James D.*